IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>　　　Plaintiffs,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC., WATSON PHARMA, INC. and WATSON LABORATORIES, INC. (NV),<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No.: 11-074-NLH-AMD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Defendants' Response to Plaintiffs' First Set of Interrogatories to Watson were caused to be served on May 23, 2011 on the following in the manner indicated:

**BY ELECTRONIC MAIL**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Joseph M. O'Malley, Jr., Esquire
Bruce M. Wexler, Esquire
Preston K. Ratliff II, Esquire
Isaac S. Ashkenazi, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

**BY ELECTRONIC MAIL**
Scott K. Reed, Esquire
Filko Prugo, Esquire
Donald J. Curry, Esquire
Brian D. O'Reilly, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104

|  |  |
|---|---|
| |      */s/ Steven J. Fineman* |
| | Frederick L. Cottrell, III (#2555) |
| | Cottrell@rlf.com |
| OF COUNSEL: | Steven J. Fineman (#4025) |
| | Fineman@rlf.com |
| John L. North | Richards, Layton & Finger, P.A. |
| Jeffrey J. Toney | One Rodney Square |
| Darcy L. Jones | 920 North King Street |
| Kasowitz, Benson, Torres & Friedman LLP | Wilmington, DE 19801 |
| 1360 Peachtree Street, N.E., Suite 1150 | (302) 651-7700 |
| Atlanta, GA 30309 | Attorneys for Defendants Watson |
| | Pharmaceuticals, Inc., Watson Laboratories, |
| Norman E.B. Minnear | Inc. (NV), and Watson Pharma, Inc. |
| Kasowitz, Benson, Torres & Friedman LLP | |
| 1633 Broadway | |
| New York, New York 10019 | |

Dated: May 23, 2011

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served by electronic mail:

> Jack B. Blumenfeld, Esquire
> Rodger D. Smith, II, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I hereby certify that on May 23, 2011, I have sent by electronic mail, the foregoing document to the following non-registered participants:

| | |
|---|---|
| Joseph M. O'Malley, Jr., Esquire | Scott K. Reed, Esquire |
| Bruce M. Wexler, Esquire | Filko Prugo, Esquire |
| Preston K. Ratliff II, Esquire | Donald J. Curry, Esquire |
| Isaac S. Ashkenazi, Esquire | Brian D. O'Reilly, Esquire |
| Paul, Hastings, Janofsky & Walker LLP | Fitzpatrick, Cella, Harper & Scinto |
| 75 East 55th Street | 1290 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10104 |

                                                                */s/ Steven J. Fineman*
                                                Steven J. Fineman (#4025)
                                                Fineman@rlf.com