IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAIICHI SANKYO, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 10-32 (NLH) (AMD) |
| v. | ) | CONSOLIDATED |
| | ) | |
| IMPAX LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-074 (NLH) (AMD) |
| | ) | |
| WATSON PHARMACEUTICALS, INC., WATSON PHARMA, INC., and WATSON LABORATORIES, INC. (NV), | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-345 (NLH) |
| | ) | |
| WATSON PHARMACEUTICALS, INC., WATSON PHARMA, INC., and WATSON LABORATORIES, INC. (NV), | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The above-captioned actions are consolidated for all purposes, and all papers shall be filed in C.A. No. 10-32.

2. Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corporation (collectively, "Plaintiffs") and Defendants Impax Laboratories, Inc. ("Impax"),[1] Lupin Ltd., Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), Glenmark Generics Inc., USA, Glenmark Generics Ltd., Glenmark Pharmaceuticals, Ltd. (collectively, "Glenmark"), Watson Pharmaceuticals, Inc., Watson Pharma, Inc. and Watson Laboratories, Inc. (NV) (collectively, "Watson")[2] shall be bound by the February 17, 2011 Discovery Order (D.I. 63) in C.A. No. 10-32, with the following exceptions:

- On June 14, 2011, Defendants shall provide Plaintiffs with their preliminary invalidity contentions, including, to the extent available, supporting documents.

- On June 14, 2011, Plaintiffs shall provide Lupin and Glenmark with their preliminary infringement contentions, including, to the extent available, supporting documents.

- On June 30, 2011, Plaintiffs shall provide Watson with their preliminary infringement contentions, including, to the extent available, supporting documents.

- On July 18, 2011, Plaintiffs shall provide Defendants with their preliminary validity contentions on issues on which they bear the burden of production, including, to the extent available, supporting documents.

---

[1] Impax does not join in the request to modify the schedule, but does not oppose such request.

[2] Impax, Lupin, Glenmark, and Watson are collectively referred to as "Defendants."

2

- On July 18, 2011, Lupin and Glenmark shall provide Plaintiffs with their preliminary non-infringement contentions, including, to the extent available, supporting documents.
- On July 25, 2011, Watson shall provide Plaintiffs with their preliminary non-infringement contentions, including, to the extent available, supporting documents.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*

---

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs*
*Daiichi Sankyo, Inc. and Genzyme Corporation*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Anthony Michael
Isaac S. Ashkenazi
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000
*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Scott K. Reed
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
*Attorneys for Plaintiff Genzyme Corporation*


PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Megan C. Haney*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
*Attorneys for Defendant Impax Laboratories, Inc.*

OF COUNSEL:

James F. Hurst
Maureen L. Rurka
Kevin E. Warner
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
*Attorneys for Defendant Impax Laboratories, Inc.*


POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzocki
Tara Raghavan
RACKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60654
(312) 222-6301
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*


MORRIS JAMES LLP

*/s/ Mary B. Matterer*

---

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue – Suite 1500
Wilmington, DE 19801
(302) 888-6800
*Attorneys for Glenmark Generics Inc., USA, Glenmark Generics Ltd. and Glenmark Pharmaceuticals, Ltd.*

OF COUNSEL:

H. Keeto Sabharwal
Daniel E. Yonan
Jeremiah B. Frueauf
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
100 New York Avenue, N.W.
Washington, DC 20005
(202) 371-2600
*Attorneys for Glenmark Generics Inc., USA, Glenmark Generics Ltd. and Glenmark Pharmaceuticals, Ltd.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Steven J. Fineman*

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories. Inc. (NV), and Watson Pharma, Inc.*

OF COUNSEL:

John L. North
Jeffrey J. Toney
Darcy L. Jones
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
(404) 260-6080

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories. Inc. (NV), and Watson Pharma, Inc.*

So Ordered:

Dated: May 23, 2011

Noel L. Hillman, U.S.D.J.

4272980